# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cr-00016-JAD-VCF |
| RALPH PRIOLA | ) |
| Defendant. | ) |

### ORDER TRANSFERRING CASE TO JUDGE MAHAN

Based on the attached Stipulation of the parties, and good cause appearing,

**IT IS THEREFORE ORDERED** that the above case captioned *United States v. Priola*, Case No. 2:13-cr-00016-JAD-VCF, be transferred to United States District Judge James C. Mahan for all further proceedings.

Dated: July 29, 2015.

_____
UNITED STATES DISTRICT JUDGE