CHARLES LA BELLA
Deputy Chief
THOMAS B. W. HALL
ALISON L. ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-CR-16-JCM-VCF |
| RALPH PRIOLA | ) **UNOPPOSED MOTION TO** |
| Defendant. | ) **CONTINUE SENTENCING** |

COMES NOW, the United States of America, by and through ANDREW WEISSMANN, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and ALISON L. ANDERSON, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and moves to continue the sentencing hearing as to Ralph Priola presently set for October 29, 2015, at the hour of 10:00 am.

The parties respectfully request this Honorable Court to continue Priola's sentencing hearing until November 17, 2015 at 11:00 am, to accommodate a scheduling conflict.

This is the sixth request for a continuance of this Sentencing date and is a request for a small – 18 day – continuance.

1

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Defense and government counsel have a conflict on the current sentencing date.

2. The defendant has entered a plea agreement with the United States that requires the defendant to cooperate with the United States in connection with its ongoing investigation of a fraudulent scheme involving Las Vegas Home Owners Associations. The defendant is cooperating with the United States in this investigation, which involves a number of co-conspirators.

3. The defendant's Plea Agreement affords the defendant potential consideration for downward departures at the time of sentencing if the defendant has provided substantial assistance to the United States, including the possibility of a United States Sentencing Guideline (U.S.S.G.) § 5K1.1 Motion. The defendant's sentencing was continued months' ago to after the *United States v. Markham*, Case No. 2:14-cr-00388-JCM-GWF, trial on September 28, 2015. The current sentencing date presents a conflict for defense counsel.

4. Counsel for the United States has spoken with counsel for the defendant and counsel has agreed that the requested continuance is in the best interest of justice, and counsel does not oppose the continuance sought herein.

5. The defendant is not in custody.

6. Furthermore, denial of this continuance would deny the defendant and the government of continuity of counsel, given the scheduling conflict.

7. The United States also requests an order to exclude the additional time requested by this continuance in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

DATED this 7th day of October, 2015.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | ANDREW WEISSMANN |
| 3 | Chief, U.S. Department of Justice |
|   | Fraud Section, Criminal Division |
| 4 | |
| 5 | */s/ Alison L. Anderson* |
|   | ALISON L. ANDERSON |
|   | Trial Attorney, U.S. Dept. of Justice |
| 6 | Criminal Division, Fraud Section |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALPH PRIOLA ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:13-CR-16-JCM-VCF <br><br> **ORDER** |

## **FINDINGS OF FACT**

Based on the Government's pending Unopposed Motion to Continue Sentencing, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in agreement to continue the Sentencing date as presently scheduled.

2. This Court is convinced that an adequate showing has been made that to deny this request for continuance, taking into account the exercise of due diligence, would deny the defendant and the government continuity of counsel. This decision is based on the following findings:

    a. The defendant agreed in his plea agreements to cooperate against his coconspirators in any related indictments and trials.

    b. The United States agreed to consider downward sentencing concessions for the defendant's cooperation, including possible U.S.S.G. 5K1.1 Motions if substantial assistance resulted from such cooperation.  This sentence was original set months' ago to give the defendant the opportunity to cooperate.

    c. Defense and government counsel has a conflict with the current time.

      d. The defendant does not object to the continuance.

      e. The defendant is out of custody.

3. For all the above-stated reasons, the ends of justice would best be served by continuing the Sentencing date.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(I) and (v).

### ORDER

**IT IS THEREFORE ORDERED** that the sentencing currently set for October 29, 2015, is vacated and is continued. This delay is excluded from the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). It is further ordered that the defendant's sentencing hearing is set for November 17, 2015, at the hour of 11:00 a.m., in Courtroom #6A.

**DATED** October 8, 2015.

_____
UNITED STATES DISTRICT JUDGE